IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

WILLIAM J. ARD
and LISA CHRISTINE ARD,

CASE NO. 09-40349-LMK
CHAPTER 7

Debtors.
-------------------------------------------------

FIELDSTONE INVESTMENTS, L.L.C.,

Plaintiff,
v.

ADV. PRO. NO.: 09-04023-LMK

WILLIAM J. ARD and
LISA CHRISTINE ARD,

Defendants.
_____/

**CONSENT MOTION FOR STAY OF ADVERSARY PROCEEDING PENDING
COMPLETION OF STATE COURT PROCEEDING**

Plaintiff, FIELDSTONE INVESTMENTS, LLC ("Fieldstone"), by and through its undersigned counsel, hereby moves this Court to stay these proceedings pending completion of a pending state court proceeding, and, as grounds therefor, says:

1. On April 28, 2009, the Debtors filed a Voluntary Chapter 7 Petition under 11 U.S.C. § 101 et seq. (Bankruptcy Code) in the United States Bankruptcy Court, in and for the Northern District of Florida, Tallahassee Division, Case No. 09-40349-LMK, ("Underlying Bankruptcy Proceeding").

2. Fieldstone is an unsecured creditor in the Underlying Bankruptcy Proceeding. See Claim No. 10-1, Proof of Claim, filed on July 27, 2009.

3. On or about February 9, 2009, prior to the filing of the Underlying Bankruptcy Proceeding, Fieldstone initiated a reformation of warranty deed action in Leon County, Florida, said case being styled <u>Fieldstone Investments, LLC v. William J. Ard and Lisa C. Ard,</u> Leon County Circuit Court, Case No. 2009-CA-524 ("State Court Proceeding').

4. On July 28, 2009, Fieldstone filed a Motion to Modify Stay [Doc. No. 64] in the Underlying Bankruptcy Proceeding seeking stay relief in order to pursue to conclusion the State Court Proceeding, and on August 18, 2009, neither the Debtors nor the Trustee having filed a response in opposition to said motion, this Court entered its Order Granting Motion of Creditor, Fieldstone Investments, LLC, to Modify Stay [Doc. No. 83].

5. Counsel for the Debtors and counsel for Fieldstone are in agreement that the simultaneous litigation of both the State Court Proceeding and this adversary proceeding would be not only expensive for both parties, but with regard to the adversary proceeding, potentially unnecessary if the Debtors were to prevail in the State Court Proceeding.

6. Counsel for the Debtors consents both to the filing of this motion and to the entry of an order staying this adversary proceeding.

WHEREFORE, Fieldstone respectfully requests the entry of an order:

(a) Staying these proceedings and all aspects of this case pending completion of the State Court Proceeding;

(b) Directing that in the event the Debtors prevail in the State Court Proceeding, Fieldstone, within a reasonable time thereafter, will file a notice of voluntary dismissal, thereby terminating this adversary proceeding; and

(c) Directing that in the event Fieldstone prevails in the State Court Proceeding, and after that ruling becomes final, Fieldstone shall notify this Court of its intention to either continue with or dismiss this adversary proceeding, and, in the event it elects to continue

with this adversary proceeding, provide counsel for the Debtors with thirty (30) days' written notice of the need to file a responsive pleading to the complaint previously filed herein.

RESPECTFULLY SUBMITTED this 30TH day of September, 2009.

_____
James M. Donohue
Florida Bar No. 0191819
jdonohue@ausley.com
Ausley & McMullen
227 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, FL 32302
(850)224-9115
Facsimile: (850) 222-7560

ATTORNEYS FOR FIELDSTONE INVESTMENTS, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or via regular U. S. Mail as specifically indicated to the following on the date this document was filed with the Court:

**Via Electronically**
Allen Turnage
Post Office Box 15219
Tallahassee, FL 32317
service.attyallen@embarqmail.com

**Note:** *For verification of the date of service, please check the docket entry for this document.*

_____
James M. Donohue

h:\jmd\fieldstone\ard\pleadings\adv proc\consent motion stay relief 2009-09-28.doc

3